E-FILED
Tuesday, 27 September, 2022 03:43:15 PM
Clerk, U.S. District Court, ILCD

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Premises located at 1118 West Beardsley Avenue, Champaign, IL 61821, more particularly described in Attachment A | ) ) ) ) ) ) | Case No. 22-MJ- 7142 |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and incorporated by reference.

located in the ___Central___ District of ___Illinois___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 921 | Fugitive from Justice |
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

The application is based on these facts:

See Affidavit of Special Agent Ryan McElroy, Federal Bureau of Investigation, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/Ryan McElroy*
Applicant's signature

SA Ryan McElroy, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___electronic mail and telephone___ *(specify reliable electronic means)*.

Date: 09/27/2022

City and state: Monticello, IL

*s/Eric I. Long*
Judge's signature

Eric I. Long, Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Ryan McElroy, being first duly sworn, hereby depose and state the following:

### Introduction and Agent Background

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as 1118 West Beardsley Avenue, Champaign, Illinois 61821 (hereinafter "The Target Residence"), further described in Attachment A, for the person of Michael Anthony Tolliver, more particularly described in attachment B, who is a person to be arrested.

2. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI"). I have been so employed since January 2019. I am currently assigned to the Springfield Division, Champaign Resident Agency. My duties include the investigation of violations of the United States Code. Pursuant to my employment with the FBI, I have participated in various criminal investigations, and have been the affiant on federal search warrants, arrest warrants, and court orders. I have directly participated in numerous criminal investigations for violations of federal law to include armed robberies, carjackings, bank robberies, and violent criminal enterprises. I have received on-the-job training and have attended FBI-sponsored training courses on the investigation of criminal violations. I have conducted and participated in the execution of search and arrest warrants, physical surveillance, interviews of cooperating witnesses, and reviews of documents and evidence.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## Probable Cause

4. On June 3, 2022, a federal arrest warrant was issued in the Western District of Michigan charging Michael TOLLIVER (hereinafter "TOLLIVER") with Unlawful Flight to Avoid Prosecution, in violation of Title 18, U.S.C. § 1073. Based on the following information, I submit that probable cause exists to authorize a search warrant of the residence located at 1118 West Beardsley Avenue in Champaign, Illinois, due to on-going violations of 18 U.S.C. § 921 (fugitive from justice).

## Present Investigation

5. On May 29, 2022, Kalamazoo Department of Public Safety was dispatched to an address in the city and county of Kalamazoo, Michigan, in reference to a male being shot in the chest. Officers on scene attempted lifesaving measures on the gunshot victim, but the victim was pronounced dead at approximately 4:36 p.m. on May 29, 2022. Several eye-witnesses at the scene advised law enforcement officers that the victim had been shot in the chest by TOLLIVER. Law enforcement identified Shawnita WILLIAMS (hereinafter "WILLIAMS") as TOLLIVER's spouse. Law enforcement obtained authorization to obtain cell phone location data (a ping) on WILLIAMS's cellular device. Through analysis of that cell phone location data, agents determined WILLIAMS had fled to the Danville, Illinois area. Based on the flight of WILLIAMS to

Danville and her marriage to TOLLIVER, law enforcement believed TOLLIVER had also fled to the Danville area to evade arrest for the homicide.

6. Law enforcement in Danville, Illinois assisted law enforcement from Kalamazoo, Michigan in locating WILLIAMS and TOLLIVER on May 29, 2022. Danville, Illinois law enforcement identified and located a suspect vehicle in Vermilion County and attempted to make a traffic stop on the vehicle. Once law enforcement initiated the traffic stop, law enforcement observed a firearm being thrown from the vehicle and two (2) males fleeing on foot from the vehicle. Neither male was captured. Law enforcement then made contact with WILLIAMS, who remained in the suspect vehicle, and conducted an interview with her. In the interview with WILLIAMS, WILLIAMS advised law enforcement that TOLLIVER had been in the vehicle and had fled on foot. The firearm was also recovered and found to be a 9-millimeter pistol that matched the caliber of the murder weapon that had been used to shoot the deceased victim in Kalamazoo Michigan on May 29, 2022.

7. On June 1, 2022, a state arrest warrant was issued in Michigan charging TOLLIVER with murder. On June 3, 2022, a federal arrest warrant was obtained for TOLLIVER for Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073. Investigators from the Champaign Resident Agency of the Federal Bureau of Investigation were advised of TOLLIVER's possible presence in their area of responsibility, which includes Danville, Illinois.

8.  Investigators received information that TOLLIVER was staying at 1118 West Beardsley Avenue, Champaign, Illinois 61821 from an Anonymous Informant[1] (hereinafter "Informant"). Investigators determined the Informant had access to timely and reliable information about TOLLIVER and WILLIAMS through corroboration of information. This corroboration included corroboration of information from the Informant that matched confirmed information about TOLLIVER's family members and his affiliations with the Danville area. The Informant advised investigators that TOLLIVER had cut his hair since the homicide in May 2022 and now kept his hair with a shorter style.[2]  The Informant further advised that TOLLIVER was currently staying at the target residence with an older gentleman and that TOLLIVER did not leave the residence very often. The Informant had most recently seen TOLLIVER inside the target residence on or around September 25, 2022.

9.  There is no association between the resident of 1118 West Beardsley Avenue in Champaign, Illinois, and TOLLIVER that is known to law enforcement.

10.  Investigators identified that the individual associated with the power bill at 1118 West Beardsley in Champaign was an older man in his 60s. On September 27, 2022, investigators conducted surveillance on the target residence. Once surveillance was established, investigators observed a white SUV with its engine running and

---

[1] A review of the Anonymous Informant's criminal history showed s/he has two prior arrests and one conviction for a traffic offense, with the last arrest occurring in 2011. The Anonymous Informant is not working with law enforcement in consideration against any pending charges or investigations, nor is s/he to receive any monetary benefit from his/her cooperation in this investigation.
[2] At the time of the homicide on May 29, 2022, TOLLIVER had braids that were approximately 2-3 inches long.

parked in front of the residence. A black male wearing a red and grey long-sleeved shirt was observed with two dogs in the front yard of the residence. The male matched the height, weight, and race of TOLLIVER and had short hair. Surveilling officers who observed this individual in the yard during a drive-by believed that this individual was TOLLIVER based on a comparison between that individual and a known photograph of TOLLIVER. After a brief period of time, the white SUV departed the neighborhood and the individual matching TOLLIVER's description was no longer observed by investigators outside the residence. Investigators then observed what appeared to be the same individual wearing the same red and grey long-sleeved shirt briefly exit and again re-enter the target residence. Investigators are aware that TOLLIVER has previously posted social media pictures with a dog matching the breed and color of one of the dogs observed in the front yard with the individual who appeared to be TOLLIVER outside of the target residence during surveillance.

11.    I am aware, through my training and experience in conducting investigations and executing arrest warrants, that persons who are seeking to evade law enforcement will often reside with persons they know, rather than remain at their own residences in their efforts to avoid arrest or detection from law enforcement. Persons evading law enforcement will often choose to reside with family members or paramours. These individuals will frequently maintain contact with persons previously known to them, but will remain concealed inside buildings or residences to avoid detection by law enforcement.

12. Based on my training and experience, I am aware that tactical teams who execute search warrants on residences with fugitives frequently are comprised of personnel from different FBI resident offices across the state of Illinois. Additionally, tactical resources must also be transported to the location in advance of execution of any search warrant when the target may be armed and dangerous, such as TOLLIVER. As such, I am aware that execution of the currently request warrant may occur outside of the hours of 6:00 a.m. and 10:00 p.m. and request authority for the warrant to be executed outside of daytime hours.

## Conclusion

13. I submit that this affidavit supports probable cause for a warrant to search the Target Residence described in Attachment A and to seize the person of Michael TOLLIVER, as described in Attachment B.

Respectfully submitted,

s/Ryan McElroy

_____
Special Agent Ryan McElroy
Federal Bureau of Investigation

Attested to by reliable electronic means, being telephone and electronic mail, in accordance with Fed. R. Crim. P. 4.1 on September __27__, 2022.

s/Eric I. Long

_____
HON. ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE

## Attachment A
### *Property to Be Searched*

The property to be searched is described as 1118 West Beardsley Avenue, Champaign, Illinois 61821. The residence is a single-story, single-family residence with an attached carport. The residence is brick and wood sided with the numbers "1118" located on a mailbox on the side of the house next the front door. The target residence has an approximate Global Positioning System (GPS) coordinates of 40.12671168292602, -88.2645737981644. A street-view of the residence is as follows:



## Attachment B
*Person to Be Seized*

The person of **Michael Anthony Tolliver**, as identified below:

Date of Birth: **02/27/1986**
Race: **Black**
Sex: **Male**
Hair: **Black**
Eyes: **Brown**



*Michael Tolliver*